Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 7041 | **DATE** | 1/25/2011 |
| **CASE TITLE** | Yolanda Jones-Moore vs. Check Resolution Service, Inc. | | |

**DOCKET ENTRY TEXT**

Prove up hearing held.  Plaintiff's motion for default judgment [13] granted.  Judgment is entered in favor of Yolanda Jones-Moore and against Defendant, Check Resolution Service, Inc., as follows: Actual Damages: $2,500.00; Statutory Damages: $1,000,00; Attorneys' Fees & Costs: $3,528.00; for a total amount of $7,028.00.

Notices mailed by Judicial staff.

00:01

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

10C7041 Yolanda Jones-Moore vs. Check Resolution Service, Inc.

Page 1 of 1